# United States Bankruptcy Court
For The
EASTERN DISTRICT OF NORTH CAROLINA

LARRY & FREIDA P. WELLMAN  
404 W. GARNER STREET  
WILSON, NC 27893

Case No.: 09-07919-8-RDD  
SS #1: XXX-XX-7559  
SS #2: XXX-XX-7746

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 09 | 14 | 09 |  | 01 | 13 | 10 |  | 03 | 04 | 10 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.           $ 13,000.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FINANCIA | 002 | Secured | 222,516.46 | 0.00 | 0.00 | DirectPay |
| AMERICAN GENERAL FINANCIA | 003 | Secured | 2,164.51 | 172.88 | 0.00 | 1,991.63 |
| SELECT PORTFOLIO SERVICIN | 004 | Secured | 55,184.54 | 0.00 | 0.00 | DirectPay |
| SELECT PORTFOLIO SERVICIN | 005 | Secured | 1,887.50 | 150.75 | 0.00 | 1,736.75 |
| AMERICAN GENERAL FINANCE | 006 | Secured | 54,834.57 | 0.00 | 0.00 | DirectPay |
| AMERICAN GENERAL FINANCE | 007 | Secured | 367.15 | 29.33 | 0.00 | 337.82 |
| AMERICAN GENERAL FINANCE | 008 | Secured | 71,586.24 | 0.00 | 0.00 | DirectPay |
| AMERICAN GENERAL FINANCE | 009 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | 010 | Secured | 69,272.96 | 0.00 | 0.00 | DirectPay |
| AMERICAN GENERAL FINANCE | 011 | Secured | 85.68 | 6.85 | 0.00 | 78.83 |
| BADCOCK FURNITURE | 012 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| JPMORGAN CHASE BANK NA | 016 | Secured | 40,380.77 | 0.00 | 0.00 | DirectPay |
| JPMORGAN CHASE BANK NA | 017 | Secured | 59.61 | 59.61 | 0.00 | 0.00 |
| GMAC | 020 | Secured | 22,215.79 | 0.00 | 0.00 | DirectPay |
| GMAC | 021 | Secured | 1,050.00 | 83.86 | 0.00 | 966.14 |
| AMERICAN GENERAL FINANCE | 027 | Secured | 87,381.70 | 0.00 | 0.00 | DirectPay |
| SECURITY FINANCIAL SERVIC | 030 | Secured | 2,325.93 | 120.62 | 70.81 | 2,205.31 |
| SUNTRUST BANK | 034 | Secured | 60,084.65 | 0.00 | 0.00 | DirectPay |
| SUNTRUST BANK | 035 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 025 | Priority | 171,234.35 | 0.00 | 0.00 | 171,234.35 |
| NC DEPT OF REVENUE | 028 | Priority | 8,961.65 | 0.00 | 0.00 | 8,961.65 |
| WILSON COUNTY TAX COLLECT | 036 | Priority | 1,342.82 | 0.00 | 0.00 | 1,342.82 |
| AMERICAN GENERAL | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 013 | Unsecured | 9,947.70 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL | 018 | Unsecured | 8,580.15 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMEN | 019 | Unsecured | 1,038.27 | 0.00 | 0.00 | 0.00 |
| HOME CREDIT CORPORATION | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 023 | Unsecured | 12,555.16 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM INC | 024 | Unsecured | 1,950.84 | 0.00 | 0.00 | 0.00 |
| WELTMAN, WEINBERG & REIS | 026 | Secured | 1,042.97 | 54.11 | 31.73 | 988.86 |
| PRA RECEIVABLES MANAGEMEN | 029 | Unsecured | 1,034.44 | 0.00 | 0.00 | 0.00 |
| SLM FINANCIAL | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SOUTHERN LOANS INC | 032 | Unsecured | 1,516.20 | 0.00 | 0.00 | 0.00 |
| SOUTHERN LOANS | 033 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| KIMBERLY A SHEEK | 037 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| GMAC | 038 | Secured | 5,952.03 | 0.00 | 0.00 | DirectPay |

## United States Bankruptcy Court
For The
EASTERN DISTRICT OF NORTH CAROLINA

LARRY & FREIDA P. WELLMAN  
404 W. GARNER STREET  
WILSON, NC 27893

Case No.: 09-07919-8-RDD  
SS #1: XXX-XX-7559  
SS #2: XXX-XX-7746

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 09 | 14 | 09 |
| The Plan was confirmed on | 01 | 13 | 10 |
| The Case was concluded on | 03 | 04 | 10 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 13,000.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| WS BADCOCK CORPORATION | 039 | Secured | 687.71 | 35.66 | 20.94 | 652.05 |
| WS BADCOCK CORPORATION | 040 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | 041 | Secured | 1,956.31 | 156.25 | 0.00 | 1,800.06 |
| INTERNAL REVENUE SERVICE | 025 | Unsecured | 9,135.20 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 025 | Secured | 101,842.81 | 5,282.08 | 3,099.61 | 96,560.73 |
| INTERNAL REVENUE SERVICE | 042 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC | 043 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMEN | 044 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WILSON COUNTY TAX COLLECT | 036 | Secured | 14,311.93 | 1,143.08 | 0.00 | 13,168.85 |
| PRA RECEIVABLES MANAGEMEN | 045 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMEN | 046 | Unsecured | 3,790.10 | 0.00 | 0.00 | 0.00 |
| SPRINT NEXTEL | 047 | Unsecured | 198.11 | 0.00 | 0.00 | 0.00 |
| SPRINT NEXTEL | 048 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE | 049 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GMAC | 050 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GE MONEY BANK | 051 | Secured | 2,810.00 | 145.76 | 85.50 | 2,664.24 |
| GE MONEY BANK | 051 | Unsecured | 286.76 | 0.00 | 0.00 | 0.00 |
| NC DEPT OF REVENUE | 028 | Unsecured | 6,177.16 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
EASTERN DISTRICT OF NORTH CAROLINA

LARRY & FREIDA P. WELLMAN  
404 W. GARNER STREET  
WILSON, NC 27893

Case No.: 09-07919-8-RDD  
SS #1: XXX-XX-7559  
SS #2: XXX-XX-7746

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 09 | 14 | 09 |
| The Plan was confirmed on | 01 | 13 | 10 |
| The Case was concluded on | 03 | 04 | 10 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 13,000.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| LARRY & FREIDA P. WELLMAN | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 130,592.11 | 181,538.82 | 56,210.09 | 0.00 | 0.00 | 368,341.02 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 7,440.84 | 0.00 | 0.00 | 0.00 | 0.00 | 7,440.84 | |
| INTEREST PAID | 3,308.59 | 0.00 | 0.00 | 0.00 | 0.00 | 3,308.59 | 10,749.43 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| PEGGY S. LEVIN | 3,000.00 | 1,210.59 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES - CLERK'S CHARGES | ADDITIONAL CHARGES - .25 EACH CLAIM OVER 10 | TRUSTEE - EXPENSE FUND | TRUSTEE - COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 519.99 | 519.99 | 0.00 | 1,039.98 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Robert R. Browning  
P.O. Box 8248  
Greenville, NC  27834